IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEAN GEORGE,

    Plaintiff,

vs.                                  CASE NO.: 5:05cv79-SPM/MD

WASHINGTON CORRECTIONAL
INSTITUTION, et al.,

    Defendant.
_____/

## **ORDER**

    This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc.6) dated April 19, 2005. Plaintiff has been furnished a copy and has filed objections (doc. 11). Pursuant t o Title 28, United States Code, Section 636(b)(1), I have considered the objections and I have determined that the report and recommendation should be adopted.

    Accordingly, it is hereby ORDERED as follows:

    1.    The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

    2.    This case is dismissed. The dismissal is without prejudice to Plaintiff's

opportunity to refile the case with payment of the full $250 filing fee.

DONE AND ORDERED this 26th day of May, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

CASE NO.: 5:05cv79-SPM/MD